UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI ANN DEAN, | ) |
| | ) CASE NO. C13-CV-01545-MJP-JLW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER REVERSING AND |
| | ) REMANDING FOR FURTHER |
| CAROLYN W. COLVIN, Acting | ) PROCEEDINGS |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge John L. Weinberg. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation and REVERSES the decision of the Commissioner.

(2) The Court REMANDS for further proceedings consistent with the Report and Recommendation.

(A) On remand, the Commissioner should secure further testimony from a Vocational Expert. The ALJ, or Plaintiff's counsel, should pose one or more hypothetical questions which accurately reflect the impairments and limitations

ORDER REVERSING COMMISSIONER
PAGE -1

previously found by the ALJ. Specifically, this should include any limitations on the use of the right wrist and/or hand, including any limitations on overhead reaching and gross manipulation. The questions should also specify that the person is right hand dominant.

    (B)    The Vocational Expert can then testify as to whether such a person could perform the job of grain picker.

    (C)    The Commissioner should then take this testimony into account and make a new determination, consistent with this court's present findings.

(3)    The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

DATED this 5th day of Sept., 2014.

MARSHA J. PECHMAN
Chief United States District Judge

ORDER REVERSING COMMISSIONER
PAGE -2